1

RUSSELL D. GREER
CHAPTER 13 TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA  95353-3051
TELEPHONE (209) 576-1954

```
                        FILED      LPAS

                    DEC 1 2 2013

            UNITED STATES BANKRUPTCY COURT
            EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                      ) Case No.:    09-45283
                                            )
GRACE MARIE KLISURA                         )
                                            ) CHAPTER 13 PROCEEDING
                          Debtor(s).        )
                                            )
                                            )
                                            )
_____)

## NOTICE OF UNCLAIMED DIVIDEND(S) BY DEBTOR(S)

Trustee has on hand the sum of $6220.44 to which the debtor(s) is/are entitled to as a refund

and the debtor(s) has/have failed to claim such refund.  Trustee has paid said sum into the court as

unclaimed funds.  The name(s) and address(es) of the person(s) entitled to said funds and the

amount(s) to which he/she/they is/are entitled to be paid are set forth below:

DEBTOR REFUND                                       AMOUNT

GRACE MARIE KLISURA                                 $6220.44
1575 HOOT OWL CT
TRACY, CA 95376

Dated: _11/19/13_                    _____
                                     RUSSELL D. GREER,
                                     CHAPTER 13 STANDING TRUSTEE

-1-